**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

ESTHER ITIAFA GODIS,

Petitioner,

v.

RICHARD K. JONES, et al.,

Respondents.

Case No. 1:26-CV-977

Judge Michael R. Barrett

**ORDER**

This matter is before the Court on the Joint Proposed Scheduling Order submitted by the parties on October 6, 2026. (Doc 11). The Court **ADOPTS** the proposal in full. Federal Respondents have up to and including October 30, 2026, to file a return of writ and response; Petitioner has up to and including November 6, 2026, to file a reply.

Furthermore, Petitioner's unopposed motion for an extension of injunctive relief, (Doc. 10), is **GRANTED**. The Court **ORDERS** that Respondents shall neither remove Petitioner from this District nor allow her to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a).

**IT IS SO ORDERED.**

*/s/ Michael R. Barrett*
Michael R. Barrett
United States District Judge

[1] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.